IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONNA BROADWAY, | ) | 8:13CV55 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER ON APPLICATION** |
| CONAGRA FOODS, | ) | **TO PROCEED IN DISTRICT** |
| | ) | **COURT WITHOUT PREPAYING** |
| Defendant. | ) | **FEES OR COSTS** |

The plaintiff, Donna Broadway, a non-prisoner, filed an Application to Proceed in District Court Without Prepaying Fees or Costs. (Filing No. 2.) Upon review of Broadway's application, I find that she is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that the Application to Proceed in District Court without Prepaying Fees or Costs is provisionally granted, and the Complaint shall be filed without payment of fees.

Dated March 26, 2013.

BY THE COURT

*/s/ Warren K. Urbom*
_____

Warren K. Urbom
United States Senior District Judge