IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONNA BROADWAY, | ) | 8:13CV55 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CONAGRA FOODS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. On March 27, 2013, an initial review was conducted of the plaintiff's Complaint and I found that it failed to state a claim upon which relief may be granted. (Filing No. 8.) I gave the plaintiff, Donna Broadway ("Broadway") an opportunity to amend her complaint, but warned Broadway that if she failed to amend by April 29, 2013, her claims would "be dismissed without further notice for failure to state a claim upon which relief may be granted and for failure to follow my orders." (*Id*. at CM/ECF p. 6.) Thereafter, I granted Broadway three extensions of time, extending Broadway's deadline to file an amended complaint to July 29, 2013. (*See* Filing Nos. 10, 12 and 14.) However, Broadway failed to file an amended complaint by the July 29, 2013, deadline. (*See* Docket Sheet.) Accordingly,

   IT IS THEREFORE ORDERED that:

   1. This matter is dismissed without prejudice because Broadway failed to prosecute this matter diligently and failed to comply with my orders.

  2. A separate judgment will be entered in accordance with this Memorandum and Order.

  Dated August 12, 2013.

         BY THE COURT

         _____

         Warren K. Urbom
         United States Senior District Judge

---

 *This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.